IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02701-RPM

RENLER COMPANY INC.,

    Plaintiff,

v.

UNIFRAX I LLC,

    Defendant.

---

ORDER GRANTING MOTION TO FILE SUR-REPLY

---

Upon review of Plaintiff's Motion to File Sur-Reply [19] filed March 8, 2012, it is

ORDERED that the motion is granted and the sur-reply attached thereto is accepted for filing.

Dated:   March 8th, 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge