# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                  March 20, 2012
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 10-cv-02701-RPM

RENLER COMPANY,                                       Manuel J. Solano

      Plaintiff,

v.

UNIFRAX I LLC,                                        Michael E. Maxwell
                                                      Patrick J. Russell
      Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**2:00 p.m.**         **Court in session.**

Court's preliminary remarks and states its understanding of the case.

Mr. Solano clarifies plaintiff's case and answers questions asked by the Court.
Argument by Mr. Solano.

**ORDERED:    Plaintiff's Motion to Amend Complaint [18], is granted.**

Court states it will consider plaintiff's Amended Complaint in its consideration of defendant's motion for summary judgment.

Court's oral findings of fact and conclusions of law as stated on record.

**ORDERED:    Defendant's Motion for Summary Judgment [15], is granted.**

**2:25 p.m.**         **Court in recess.**

Hearing concluded.  Total time:   25  min.