IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02701-RPM

RENLER COMPANY INC.,

      Plaintiff,

v.

UNIFRAX I LLC,

      Defendant.

___

ORDER FOR ENTRY OF SUMMARY JUDGMENT OF DISMISSAL
___

Pursuant to the hearing held today, on the defendant's motion for summary judgment filed January 13, 2012, and the plaintiff's motion to amend the complaint filed March 6, 2012, and upon the statements of counsel for the plaintiff that this case is for breach of an implied contract between the plaintiff and defendant for the sale of defendant's products to customers in Utah which were developed by the plaintiff and breached by the defendant for its direct sales and for termination of the implied in fact contract.  Plaintiff's counsel has failed to identify evidentiary support to establish terms and conditions of the implied in fact contract.  There is nothing in the record to suggest any exclusive distributorship in Utah and there is nothing in the record to establish the duration of a distributorship arrangement or denying the defendant the opportunity to terminate any such distributorship at will.  Accordingly, it is

ORDERED that the plaintiff's motion to amend is granted, the amended complaint is received, the defendant's motion for summary judgment is addressed to

both the original complaint and the amended complaint and, as so addressed, the motion is granted.  The Clerk shall enter judgment for the defendant dismissing this civil action and for the award of costs.

Dated:   March 20th, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge